

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-20-00338-CV
_____

WOODLAND NURSING OPERATIONS, LLC F/D/B/A EASTLAND NURSING & REHABILITATION, AND TRINITY HEALTHCARE, LLC, Appellants

V.

MISTY VAUGHN, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF THOMAS VAUGHN, Appellee

On Appeal from the 236th District Court
Tarrant County, Texas
Trial Court No. 236-314075-19

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered the "Joint Motion to Reverse Order Below Pursuant to Agreement." Because the parties have settled all matters in the appeal, it is the court's opinion that the motion should be granted. We therefore reverse the trial court's judgment without reference to the merits and remand to the trial court for entry of judgment consistent with the parties' settlement agreement. *See* Tex. R. App. P. 42.1(a)(2).

Each party must bear its own costs of appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: January 7, 2021